AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

IN CLERKS OFFICE

DISTRICT OF

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, MASS.
Plaintiffs

V.

RidgeTop Construction, Inc.,
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:
**03 CV 12384 DPW**

TO: (Name and address of defendant)

RidgeTop Construction, Inc.
254 Ridge Road
New Durham, NH 03855

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  1/25/03

## AFFIDAVIT OF SERVICE

I, _Thomas J. Coty_, being first duly sworn, depose and say:

That I am a duly appointed and qualified Deputy Sheriff in and for Strafford County, New Hampshire.

That on the _24TH_ day of _December_, 20_03_, I made service of the within _Summons and Complaint #03-12384 DPW_ upon _Ridgetop Construction, Inc._ by delivering a copy of the _Summons and Complaint_ to _Patricia Luckern, Owner_ in hand / at abode, being _254 Ridge Rd Top New Durham_ at _8:05_ AM / PM.

Dated: _12-24_, 20_03_.

FEES: $ 43.50

_____
Deputy Sheriff

State of New Hampshire
County of Strafford, ss

Subscribed and sworn to before me this _24th_ day of _December_ 20_03_ by _Thomas J. Coty_, Deputy Sheriff.

_Dawn M Croteau_
My commission expires _1/19/05_.

DAWN MICHELLE CROTEAU
NOTARY PUBLIC, STATE OF NEW HAMPSHIRE
MY COMMISSION EXPIRES JANUARY 19, 2005