## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

C.A. No. 03-12384 DPW

vs.

RIDGETOP CONSTRUCTION, INC.,
Defendant

### VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, request the Clerk to enter the default of Littleton Environmental Services, Inc. (hereinafter "Littleton"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1) This action was filed on November 25, 2003.

2) Complaint was served on defendant Ridgetop on December 24, 2004.

3) Ridgetop has filed neither an Answer nor a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

Respectfully submitted,

WILLIAM RYAN, as he is
TRUSTEE, INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 4
HEALTH AND WELFARE FUND, et al,

By their attorneys,

*Anne R. Sills*
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

## VERIFICATION

I, Anne R. Sills, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

*Anne R. Sills*
Anne R. Sills, Esquire

Dated: May 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Verified Request to Enter Default has been served by certified and first class mail upon

*Anne R. Sills*
Anne R. Sills, Esquire

ARS/ars&ts
6306 02-208/verreqdf.doc

2