```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


WILLIAM RYAN, As Trustee,
International Union of Operating
Engineers Local 4 Health and Welfare,
Pension and Annuity Funds, et al.,
     Plaintiffs,

          v.                         CIVIL ACTION
                                     NO.03-12384-DPW
RIDGETOP CONSTRUCTION, INC.,
     Defendant.
```

## NOTICE OF DEFAULT

WOODLOCK, D.J.

Upon application of the Plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant RIDGETOP CONSTRUCTION, INC., has been defaulted this date.

```
                              BY THE COURT,


                              /s/ Rebecca Greenberg
                              Deputy Clerk

Dated: May 26, 2004
```