UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N O T I C E

Please take notice that the civil action cases on the attached list pending in Boston have been transferred to JUDGE NATHANIEL M. GORTON for all further proceedings. From this date forward the number on all pleadings should be followed by the letters <u>NMG</u> to indicate assignment of the case to JUDGE GORTON. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number <u>and</u> letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By:  /s/_____
      Deputy Clerk

Date: _____

Copies to:   Counsel

```
06/23/04        U.S. DISTRICT COURT - MASSACHUSETTS - CM/ECF SYSTEM        Page    3
               Boston Civil Cases to be Reassigned to Judge Gorton
```

| DOCKET | DATE FILED | CASE TITLE |
|---|---|---|
| Judge : Woodlock | | |
| 1:03cv10460 | 03/10/2003 | Erickson v. Administrative Offic, et al |
| 1:03cv10635 | 04/07/2003 | Lambos v. Hitachi Koki USA LTD |
| 1:03cv10848 | 05/06/2003 | NFPA, Inc. v. International Code, et al |
| 1:03cv11252 | 07/02/2003 | Gilbert v. Amerifee L.L.C. |
| 1:03cv11268 | 07/03/2003 | Harris v. Ameriquest Mortgage Company et al |
| 1:03cv11353 | 07/17/2003 | Block v. Universal Health Services, Inc. et a |
| 1:03cv11434 | 08/01/2003 | Lobsters, Inc. et al v. Evans et al |
| 1:03cv11798 | 09/17/2003 | Litsey v. Herb Chambers Route 1, Inc. |
| 1:03cv11876 | 09/25/2003 | Chase v. National Railroad Passenger Corporat |
| 1:03cv12053 | 10/28/2003 | Carey v. Board of Governors of the Kernwood C |
| 1:03cv12384 | 11/25/2003 | Ryan et al v. RidgeTop Construction, Inc. |
| 1:03cv12624 | 12/12/2003 | Roberio v. Hall |
| 1:04cv10589 | 03/25/2004 | Fernandez v. Spencer |
| 1:04cv10736 | 04/12/2004 | American Process Equipment Company, Inc. v. A |
| 1:04cv10781 | 04/16/2004 | Hancock v. Princeton Properties Management, I |
| 1:04cv10822 | 04/23/2004 | Logue v. Coakley |
| 1:04cv11014 | 05/19/2004 | Touchpoint Solutions, Inc. v. Eastman Kodak C |

```
Total Cases for Judge
---------------------
         17
```