UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 30  A 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

RIDGETOP CONSTRUCTION, INC.,
Defendant

C.A. No. 03-12384 DPW

## MOTION FOR EXTENSION OF TIME TO FILE FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs William Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al, herein respectfully move this honorable Court for an extension of time until July 16, 2004 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1. The Plaintiffs have experienced an unanticipated delay in securing the necessary affidavits in support of their Motion.

2. No parties will be harmed by the delay.

WHEREFORE, Plaintiffs seek an extension of time until July 16, 2004 in which to file for Entry of Default Judgment in this matter.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, I.U.O.E. LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

_____
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: June 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Extension of Time to File for Entry of Default Judgment has been served by certified and first class mail upon Ridgetop Construction, Inc. at P.O. Box #273, 254 Ridgetop Road, New Durham, NH 03855-0273 this 29th day of June, 2004.

_____
Anne R. Sills, Esquire

ARS/ars&ts
3118 03-286/motextim.doc

2