UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL 15 P 2: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

RIDGETOP CONSTRUCTION, INC.,
Defendant

C.A. No. 03-12384 DPW

## MOTION FOR EXTENSION OF TIME TO FILE
## FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs William Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al, herein respectfully move this honorable Court for an extension of time from July 16, 2004 until August 16, 2004 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1. The Plaintiffs seek to amend their Complaint in this matter.

2. No parties will be harmed by the delay.

WHEREFORE, Plaintiffs seek an extension of time until August 16, 2004 in which to file for Entry of Default Judgment in this matter.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, I.U.O.E. LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

*/s/ Gregory A. Geiman*
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: July 14, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Extension of Time to File for Entry of Default Judgment has been served by certified and first class mail upon Ridgetop Construction, Inc. at P.O. Box #273, 254 Ridgetop Road, New Durham, NH 03855-0273 this 14th day of July, 2004.

*/s/ Gregory A. Geiman*
Gregory A. Geiman, Esquire

ARS/ars&ts
3118 03-286/motextim2.doc

2

# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

\* Also Admitted to the
  New Hampshire Bar

\*\*Also Admitted to
  the California Bar

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

FILED
CLERK'S OFFICE
2004 JUL 15 P 2: 16
U.S. DISTRICT COURT
DISTRICT OF MASS

July 14, 2004

Rebecca Greenberg, Deputy Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Fan Pier
One Courthouse Way
Boston, MA 02210

Re:  William Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al vs. RidgeTop Construction, Inc.
C.A. No. 03-12384 DPW

Dear Ms. Greenberg:

Enclosed for filing, please find an original and a copy of a Motion for Extension of Time to File for Entry of Default Judgment in the above-captioned matter. Please date-stamp the copy of the Motion and return it in the self-addressed, stamped envelope enclosed for your convenience.

Thank you for your assistance in this matter.

Very truly yours,

Gregory A. Geiman

Encl.
ARS/ts
3118 03-286/greenberg4.doc