UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>Plaintiffs<br><br>vs.<br><br>RIDGETOP CONSTRUCTION, INC.,<br>Defendant | C.A. No. 03-12384 NMG |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST RIDGETOP CONSTRUCTION, INC.

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to Rule 55(b)(l), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against Defendant RidgeTop Construction, Inc. (hereinafter "RidgeTop"), holding RidgeTop liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds through January, 2003 | $36,235.82 |
| B. | Prejudgment interest on the unpaid contributions, as mandated by 29 U.S.C. § 1132(g)(2)(B), if all contributions were paid by the end of August, 2004 | $7,949.86 |
| C. | Prejudgment interest on the late-paid 401(k) contributions | $301.72 |

| | | |
|---|---|---|
| D. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i) | $7,949.86 |
| E. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $4,229.50 |
| F. | Costs | $250.93 |
| | TOTAL | $56,917.69 |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against RidgeTop Construction, Inc.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Anne C. Sills
Anne R. Sills, Esq. BBO #546576
Gregory A. Geiman, Esq. BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

Dated: August 12, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Affidavit has been served by certified and first class mail upon RidgeTop Construction, Inc. at 254 Ridge Road, New Durham, MA 03855 this 12th day of August, 2004.

_____
Gregory A. Geiman, Esquire

3118 03-286/motdefjd.doc