UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
                  Plaintiffs

C.A. No. 03-12384-DPW

vs.

RIDGETOP CONSTRUCTION, INC.,
                  Defendant

### AFFIDAVIT OF GINA ALONGI AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1.    My name is Gina Alongi. I am the Administrator of the International Union of Operating Engineers Health and Welfare and Pension Funds.

2.    I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3.    I have caused careful investigation to be made to ascertain whether RidgeTop Construction, Inc., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4.   I have also caused careful investigation to be made to ascertain whether RidgeTop Construction, Inc. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS /6 DAY OF AUGUST, 2004.

_____<br>Gina Alongi

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Affidavit has been served by certified and first class mail upon RidgeTop Construction, Inc. at 254 Ridge Road, New Durham, MA 03855 this /6 day of August, 2004.
/2

_____<br>Gregory A. Gelman, Esquire

ARS/gag&ts
3118 03-286/affalongi.doc