# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__WILLIAM RYAN, AS TRUSTEE, ET AL.,__
      Plaintiff(s)

v.                                                           CIVIL ACTION NO. 03-12384-NMG

__RIDGETOP CONSTRUCTION, INC.__
      Defendant(s)

### DEFAULT JUDGMENT

   Gorton, D.J.

   Defendant   Ridgetop Construction, Inc., having failed to plead or otherwise defend in this action and its default having been entered,

   Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $  56,917.69    that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred attorney's fees and costs in the sum of $  4,480.43  .

   It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant  $ 56,917.69   the principal amount of $   44,182.68   , with costs in the amount of $  4,480.43 and interest in the amount of $  8,251.58    for a total judgment of $   56,917.69    with interest as provided by law.

                                                             William Ruane,
                                                             Acting Clerk of Court

Dated: 11/30/04                                              /s/ Craig J. Nicewicz
                                                             Deputy Clerk

NOTE: The post judgment interest rate effective this date is 2.60 %.

(dfltjudg.frm - 8/96)                                                                             [dfltjgm.]